## IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| BRIAN LYNN, INDIVIDUALLY AND AS ADMINISTRATOR OF THE ESTATE OF JUSTIN ANDREW LYNN, and JOHN STEWART AND MINDY STEWART OF THE ESTATE OF COLTEN HARLEY STEWART,<br><br>Plaintiffs,<br><br>v.<br><br>CAM TRANSPORT, INC., and JONATHAN WILSON, JR.,<br><br>Defendants. | Case No. 3:23-cv-3757-JPG |

## JUDGMENT IN A CIVIL CASE

The Court having received a Stipulation for Dismissal signed by all counsel of record advising this Court that the above action has been settled;

**IT IS ORDERED AND ADJUDGED** that this case is dismissed with prejudice, without costs.

**DATED:** September 4, 2024

MONICA A. STUMP, Clerk of Court

By:   *s/Tina Gray,*
        Deputy Clerk


**APPROVED:** *s/J. Phil Gilbert*
            J. PHIL GILBERT
            U.S. DISTRICT JUDGE